

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2015

No. 04-15-00120-CV

**UNIVERSITY OF INCARNATE WORD** and Christopher Carter,
Appellants

v.

Valerie **REDUS**, Individually, and Robert M. Redus, Individually and as Administrator of the
Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

In this accelerated appeal, on April 22, 2015, Appellees filed their brief. On June 4, 2015, Appellant filed an opposed motion for leave to file a supplemental brief and the supplemental brief. *See* TEX. R. APP. P. 38.7; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.4, cmt.

Appellant's motion for leave to file a supplemental brief is GRANTED; the supplemental brief is filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court